IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: BLACKWATER ALIEN TORT CLAIMS ACT LITIGATION | Case No. 1:09-cv-615<br>Case No. 1:09-cv-616<br>Case No. 1:09-cv-617<br>Case No. 1:09-cv-618<br>Case No. 1:09-cv-645<br>(consolidated for pretrial purposes) (TSE/IDD) |

**ORDER GRANTING DEFENDANTS' MOTION TO STRIKE EXHIBITS G AND H TO PLAINTIFFS' OPPOSITION TO DEFENDANTS MOTION TO DISMISS AND FOR OTHER RELIEF**

This matter having come before the Court on the Defendants' motion to strike exhibits G and H to Plaintiffs' Opposition to Defendants' Motion to Dismiss and for other relief, and good cause being shown therefor, it is hereby:

ORDERED that the motion is GRANTED; and it is further

ORDERED that exhibits G and H to Plaintiffs' Opposition to Defendants' Motion to Dismiss shall be stricken from the record; and it is further

ORDERED that the parties shall not file any additional anonymous declarations without prior approval of the Court.

SO ORDERED.


Entered this ____ day of _____, 2009.


_____
HONORABLE T. S. ELLIS, III